UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:  JOSEPH, Georja M.                              Chapter 13
                                                       Case # 10-15964-JNF
        Debtor

MOTION OF CHAPTER 13 TRUSTEE FOR ORDER DISMISSING CASE
FOR FAILURE TO MAKE PLAN PAYMENTS
NOTICE OF BAR DATE OBJECTIONS/RESPONSES

   Now comes the Chapter 13 Trustee (the "Trustee") and respectfully moves the Court for an Order dismissing this case, and in support thereof states as follows:

1. On May 31, 2010, the above-captioned Debtor (the "Debtor") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. On August 5, 2010, the Trustee convened and presided at a 341 Meeting of Creditors, as required by 11 U.S.C §341.

3. The Trustee is unable to recommend confirmation, because the Debtor s in arrears under the Plan in the sum of $1,528.00, which is equal to four (4) months of plan payments. ***This amount does not include the current month and may increase prior to hearing.*** Failure to make plan payments is grounds for dismissal pursuant to 11 U.S.C. §1307.

     WHEREFORE, the Trustee respectfully requests that this Court enter an Order dismissing this case.

Respectfully Submitted,

By:  **/s/Carolyn A. Bankowski**
Carolyn A. Bankowski, BBO#631056
Patricia A. Remer, BBO#639594
Office of the Chapter 13 Trustee
PO Box 8250
Boston, MA 02114
(617) 723-1313
13Trustee@ch13boston.com

Dated:  February 24, 2011

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: JOSEPH, Georja M.            Chapter 13
                                                           Case # 10-15964-JNF
              Debtor

### ORDER DISMISSING CASE

The motion of the Chapter 13 Trustee to dismiss this case having come before this Court, due notice having been given, and for cause shown, it is hereby:

    ORDERED: that this Chapter 13 case is dismissed.

Dated: _____

_____
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: JOSEPH, Georja M.                              Chapter 13
                                                      Case # 10-15964-JNF
         Debtor

NOTICE OF BAR DATE FOR OBJECTIONS/RESPONSES

Notice is given that any responses and/or objections to this motion are to be filed within twenty-one (21) days of the date hereof.  If no timely objections/responses are filed, the Court may act on this motion without further notice or hearing as provided by 11 U.S.C.§102(1)(B).

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within Trustee's Motion to Dismiss was served upon the Debtor, Debtor's counsel of record and those parties listed on the following service list by first class mail, postage prepaid or by electronic filing.

Dated: February 24, 2011

                                    /s/ Carolyn A. Bankowski
                                    Carolyn A. Bankowski

SERVICE LIST

Georja Joseph
21 Bossi Ave.
Randolph, MA  02368

Richard D. Smeloff, Esq.
100 Grossman Dr., Ste. 305
Braintree, MA  02184

bc